UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA GANZ,<br><br>    Plaintiff,<br><br>v.<br><br>LORETTA LYNCH, et al.,<br><br>    Defendants. | Case No. 15-cv-03214-JST<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Re: ECF No. 8 |

The stipulated request to enlarge time to respond to Defendant's Motion to Dismiss and Remand and to continue the hearing on the motion is granted. Pursuant to the stipulation, the Plaintiff's Opposition to the defendant's motion shall be filed by October 12, 2015. Defendant's Reply shall be filed by October 19, 2015. The hearing on Defendant's Motion to Dismiss and Remand is continued to December 10, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: September 21, 2015

_____
JON S. TIGAR
United States District Judge